IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEAH CHRISTINE GARBISCH,

        Plaintiff,

v.

                                                Case No. 20-cv-572-jdp

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against Leah Christine Garbisch affirming the Commissioner's decision and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 4/05/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |