# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**LEAH GARBISCH,**

        **Plaintiff,**

**vs.**                                                     Case No.: 20-cv-572
**ANDREW SAUL,**
**Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Leah Garbisch, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated April 5, 2021 and the judgment dated April 5, 2021 by Federal District Judge James D. Peterson which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 3rd day of June, 2021.

                                                        **DUNCAN DISABILITY LAW, S.C.**
                                                        Attorneys for the Plaintiff

                                                        /s/ Dana W. Duncan
                                                        _____
                                                        Dana W. Duncan
                                                        State Bar I.D. No.
                                                        01008917 555 Birch St
                                                        Nekoosa, WI 54457
                                                        (715) 423-4000