IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEAH GARBISCH,

    Plaintiff,

        v.                          Case No. 3:20-cv-00572-jdp

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

This matter coming before the court on Defendant's unopposed motion, and the court being fully informed, it is hereby:

ORDERED that Defendant's unopposed motion for relief from the judgment pursuant to Federal Rule of Civil Procedure 60(b) is granted. This case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing; further evaluate the persuasiveness of the medical opinion evidence in the record; further evaluate claimant's subjective complaints and the claimant's residual functional capacity; if warranted, obtain additional vocational evidence; and issue a new decision.

SO ORDERED this 1st day of February, 2022.

/s/

_____
Honorable James D. Peterson
United States District Court Judge